UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL RICKS,<br>　　　Petitioner<br>　　v.<br>JOSIE GASTELO, Warden,<br>　　　Respondent. | Case No. 5:20-cv-00394-JVS (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: October 14, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE